RECEIVED
JAN 3 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KEITH PIEARSON | CASE NO. CV06-1316 |
| VERSUS | JUDGE RICHARD T. HAIK |
| LAFAYETTE PARISH, ET AL CORRECTIONS CENTER | MAGISTRATE JUDGE METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED that plaintiff's civil rights action be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 30 day of January, 2007.

COPY SENT:
DATE: 1/30/07
BY: CW
TO: RTH

Chief Judge Richard T. Haik, Sr.
United States District Court
Western District of Louisiana